# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARTINEZ PATTERSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.: 2:12-cv-04020-VEH-SGC |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Martinez Patterson, proceeding *pro se*. (Doc. 1). The magistrate judge entered a report and recommendation on January 8, 2016, recommending Patterson's claims challenging his 2007 robbery convictions be denied as barred by the statute of limitations set out in 28 U.S.C. § 2244(d)(1)(A), his claims challenging his 2012 probation revocation be denied as procedurally defaulted, and his claims challenging his pre-trial detention on 2012 robbery charges be dismissed as moot. (Doc. 11). Furthermore, in accordance with Rule 11 of the *Rules Governing Section 2254 Cases*, the magistrate judge recommended a certificate of appealability be denied. (*Id.*). Patterson was afforded fourteen (14) days to file objections to the

report and recommendation. (*See id.*). More than fourteen (14) days have passed, and the court has received no objections from Patterson.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** that report and **ACCEPTS** the magistrate judge's recommendations. Accordingly, Patterson's claims challenging his 2007 robbery convictions are due to be denied as time-barred, his claims challenging his 2012 probation revocation are due to be denied as procedurally defaulted, and his claims challenging his pre-trial detention on 2012 robbery charges are due to be dismissed as moot. Furthermore, for the reasons set forth in the report and recommendation and pursuant to Rule 11 of the *Rules Governing Section 2254 Cases*, a certificate of appealability is **DENIED**.

A final judgment order will be entered.

**DONE** and **ORDERED** this the 18th day of February, 2016.

**VIRGINIA EMERSON HOPKINS**
United States District Judge